1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Jimmie Joe Montoya

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,              ) NO. 1:11-cr-00195 AWI
   |                                        )
11 |         *Plaintiff,*                   ) STIPULATION TO CONTINUE SENTENCING
   |                                        ) HEARING AND [PROPOSED] ORDER
12 |     v.                                 )
   |                                        )
13 | JIMMIE JOE MONTOYA,                    ) Date: May 7, 2012
   |                                        ) Time: 10:00 a.m.
14 |         *Defendant.*                   ) Judge: Hon. Anthony W. Ishii
   | _____  )
15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

17 JEREMY R. JEHANGIRI, Assistant United States Attorney, counsel for plaintiff, and ERIC V.

18 KERSTEN, Assistant Federal Defender, counsel for defendant, Jimmie Joe Montoya, that the date for

19 sentencing may be continued to May 7, 2012, or the soonest date thereafter that is convenient to the court.

20 **The date currently set for sentencing is April 9, 2012. The requested new date is May 7, 2012, at**

21 **10:00 a.m.**

22      Mr. Montoya's pre-sentence interview was originally scheduled for February 9, 2012, but he was

23 transferred form the Fresno County Jail to the Lerdo Detention Facility on February 8, 2012. The

24 interview was then rescheduled for February 27, 2012, but defense counsel miscalendared the matter,

25 causing another delay before the interview could be conducted. The interview was completed on March

26 12, 2012, but the delays have made it impossible to comply with the original sentencing schedule.

27 Additional time is being requested to allow for to completion the Presentence Investigation Report and

28 corresponding objections and/or responses.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation, and also for continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 15, 2012     By /s/ Jeremy R. Jehangiri
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 15, 2012     By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Jimmie Joe Montoya

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE