BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 1:11-CR-00195-AWI
)
        Plaintiff, ) FINAL ORDER OF FORFEITURE
)
   v. )
)
JIMMIE JOE MONTOYA, )
)
        Defendant. )
)
_____ )

    WHEREAS, on February 10, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jimmie Joe Montoya in the following property:

       a. Western Digitial Hard Disk Drive (500 GB), bearing serial number WD-WCASYD241961,

       b. Dell Desktop Computer, bearing serial number 92H7531,

       c. Seagate Hard Disk Drive (200 GB), bearing serial number 4LVOGTPT,

       d. Compaq Laptop Computer, bearing serial number CNF0181TT3,

       e. Seagate Hard Disk Drive (250 GB), bearing serial number 6VC3YLMV,

       f. Compact discs located in defendant's bedroom on the dates of seizure, and

    g. Samsung Digital Camera and SanDisk Secure Digital SD card.

  AND WHEREAS, beginning on February 24, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jimmie Joe Montoya.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: May 18, 2012      _____

               CHIEF UNITED STATES DISTRICT JUDGE